Exhibit 2

| US10653736B2 | 1000 mg Broad Spectrum CBD + Topical Relief Roll-On ("Accused Product") |
|---|---|
| 1. A topical formulation, consisting essentially of: | The accused product is a topical formulation (e.g., Topical Relief Roll-On).<br><br>As shown below the accused product is a Topical Relief Roll-On for topical application.<br><br> |

| | |
|---|---|
| | • Alleviate discomfort and promote a sense of relief<br><br>• 1,000mg Broad Spectrum CBD<br><br>• Lidocaine, Menthol, Camphor for relief you feel<br><br>• Easy to apply for therapeutic potential<br><br>https://www.biospectrumhemp.com/shop/topicals/topical-relief-roll-on-1000mg/ |
| an extract of *Cannabis sativa* or *Cannabis indica;* | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., broad-spectrum Hemp plant).<br><br>As shown below, the accused product is a pain-relief ointment formulation which contain 1000mg of CBD derived from the broad-spectrum hemp plant. Hemp is the common name for the Cannabis sativa.<br><br>• Alleviate discomfort and promote a sense of relief<br><br>• 1,000mg Broad Spectrum CBD<br><br>• Lidocaine, Menthol, Camphor for relief you feel<br><br>• Easy to apply for therapeutic potential<br><br>https://www.biospectrumhemp.com/shop/topicals/topical-relief-roll-on-1000mg/ |

# INGREDIENTS

Menthol 10%, Lidocaine 4%, Camphor 3%, Water, Isopropyl Alcohol, Menthol 10%, Lidocaine 4%, Camphor 3%, Glycerin, Carbomer, Cayenne Extract, Lemongrass Oil, Triethanolamine, Benzalkonium Chloride, Hemp Extract (Broad Spectrum CBD).

https://www.biospectrumhemp.com/shop/topicals/topical-relief-roll-on-1000mg/

USDA Introduces a Multi-Year Plan to Strengthen U.S. Genebank Management of Plant Germplasm

Taxon: *Cannabis sativa* L.          [New Species Search]

| Nomenclature | Common Names | Distribution | Economic Uses |

**Common names**

[Excel]

Showing 1 to 9 of 9 entries
Show [10 ▾] entries

Search: [        ]

Search: [        ]

| Language | Name | Alternate name | note | Citation |
|---|---|---|---|---|
| Chinese | da ma | 大麻 | | Wu Zheng-yi & P. H. Raven et al., eds. 1994-. Flora of China (English edition). |
| English | hemp | | | Botanical Society of the British Isles. BSBI taxon database (on-line resource). |

https://npgsweb.ars-grin.gov/gringlobal/taxon/taxonomydetail?id=8862

| at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of at least 0.1 wt % in the topical formulation, | The accused product contains at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below, the accused product contains 10% menthol as an active ingredient which is more than 0.1 wt % in the topical formulation.<br><br>**INGREDIENTS**<br><br>Menthol 10%, Lidocaine 4%, Camphor 3%, Water, Isopropyl Alcohol, Menthol 10%, Lidocaine 4%, Camphor 3%, Glycerin, Carbomer, Cayenne Extract, Lemongrass Oil, Triethanolamine, Benzalkonium Chloride, Hemp Extract (Broad Spectrum CBD).<br><br>https://www.biospectrumhemp.com/shop/topicals/topical-relief-roll-on-1000mg/ |
| wherein a concentration of at least one component selected from the group consisting of tetrahydrocannabinol and cannabidiol in the topical | The accused product has concentration of at least one component selected from the group consisting of tetrahydrocannabinol and cannabidiol in the topical formulation greater than 2 milligrams per kilogram.<br><br>As shown below, the accused product contains 1000 mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total volume of formulation is 74 ml) |

| | |
|---|---|
| formulation is greater than 2 milligrams per kilogram, and | <br><br>https://www.biospectrumhemp.com/shop/topicals/topical-relief-roll-on-1000mg/ |
| wherein the topical formulation is obtained by dispersing the extract of *Cannabis sativa* or *Cannabis indica* in a water-in-oil emulsion, an oil- | The topical formulation is obtained by dispersing the extract of Cannabis sativa or Cannabis indica in a water-in-oil emulsion or an oil-in-water emulsion. |

| | |
|---|---|
| in-water emulsion, a wax-in-oil base, or an oil-in-wax base. | • Alleviate discomfort and promote a sense of relief<br><br>• 1,000mg Broad Spectrum CBD<br><br>• Lidocaine, Menthol, Camphor for relief you feel<br><br>• Easy to apply for therapeutic potential<br><br>https://www.biospectrumhemp.com/shop/topicals/topical-relief-roll-on-1000mg/<br><br>As shown below, the composition of the formulation contains oil as well as water and therefore it forms either water-in-oil emulsion or an oil-in-water emulsion.<br><br>**INGREDIENTS**<br><br>Menthol 10%, Lidocaine 4%, Camphor 3%, Water, Isopropyl Alcohol, Menthol 10%, Lidocaine 4%, Camphor 3%, Glycerin, Carbomer, Cayenne Extract, Lemongrass Oil, Triethanolamine, Benzalkonium Chloride, Hemp Extract (Broad Spectrum CBD).<br>https://www.biospectrumhemp.com/shop/topicals/topical-relief-roll-on-1000mg/ |